**E-FILED**
Friday, 29 June, 2007  10:45:49 AM
Clerk, U.S. District Court, ILCD

AO 240  (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_Central_ _____ **District of** _Illinois_

_Frederick Alan Green_

FILED
JUN 2 9 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Plaintiff

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

V.

_City of Kankakee Police Dept.
Kankakee County Sheriff Police Dept.
Hilton Garden Inn
City of Kankakee_

Defendant

CASE NUMBER: ~~06 CM1079~~  _07-2121_

I, _Frederick Alan Green_ _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ☐ Yes          ☒ No          (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?          ☐ Yes          ☒ No

   a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
       _06-08/2006 : $2,500
       Kankakee School District 111, 240 Warren Ave., Kankakee, IL 60901_

3.  In the past 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a.  Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b.  Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c.  Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d.  Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e.  Gifts or inheritances | ☐ Yes | ☒ No |
   | f.  Any other sources | ☒ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

I received a $500 academic scholarship. I will receive the yearly scholarship of $500 for next two years.

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes      ☐ No

   If "Yes," state the total amount.   $1,400

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes      ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

_6/28/07_
Date

_Fredrick Green_
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

Frederick Alan Green )
_____ )
**Plaintiff** )
)
**vs.** )
)
City of Kankakee Police Dept. )
_____ )
Kankakee County Sheriff Police Dept )
Hilton Garden Inn )
_____ )
City of Kankakee )
_____ )
**Defendant(s)** )

Case No. 07-2121

**RECEIVED**

JUN 2 9 2007

JOHM M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## COMPLAINT

☒    **42 U.S.C. §1983** (suit against state officials for constitutional violations)

☐    **28 U.S.C. § 1331** (suit against federal officials for constitutional violations)

☐    **Other** _____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Frederick Alan Green _____, and states as follows:

My current address is: 825 Woodlea Rd, Kankakee, IL 60901 _____

_____

The defendant City of Kankakee Police Dept. , is employed as _____
_____ at 385 East Oak St, Kankakee, IL 60901 _____

The defendant Kankakee County Sheriff Police Dept. , is employed as _____
_____ at 400 E. Merchant St, Kankakee, IL 60901 _____

The defendant Hilton Garden Inn , is employed as _____
_____ at 455 Riverstone Parkway, Kankakee, IL 60901

The defendant City of Kankakee , is employed as _____
_____ at 385 East Oak St, Kankakee, IL 60901 _____

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?          Yes  ☐                    No  ☒

If yes, please describe _____

_____

B.  Have you brought any other lawsuits in state or federal court while incarcerated?  N/A

Yes  ☐                    No  ☐

C.  If your answer to B is yes, how many? _____ Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

  1.  Parties to previous lawsuit:       N/A

    Plaintiff(s)      _____

    Defendant(s)    _____

    _____

  2.  Court (if federal court, give name of district; if state court, give name of county)

    _____ N/A _____

3. Docket Number/Judge _____ N/A _____

4. Basic claim made _____ N/A _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it

   still pending?) _____ N/A _____

6. Approximate date of filing of lawsuit _____ N/A _____

7. Approximate date of disposition _____ N/A _____

For additional cases, provide the above information in the same format on a separate page.


## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☐    No ☐   N/A

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☐    No ☑ N/A

If your answer is no, explain why not _____ N/A _____

_____

C. Is the grievance process completed?   Yes ☐    No ☐   N/A

*PLEASE NOTE:   THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED*

*PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT*

*UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES.*

*PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

# STATEMENT OF CLAIM

Place of the occurrence ___Hilton Garden Inn___

Date of the occurrence ___July 1, 2006___

Witnesses to the occurrence ___Charlie Ewing, Marchello Robinson, Jeron Hill,___

___Nath Jordan, Sam Jordan, Stanley Stampley, Roy King, Jonathon Giles___

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims*
*should be raised in a separate civil action.*

### THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

I, Frederick Alan Green, declare that on July 1, 2006 at approximately 1:55 A.M., I along with many other young people who were leaving a party at the Hilton Garden Inn was attacked by officers of the City of Kankakee Police Department and the Kankakee County Sheriff Police Department. I further declare that my Civil Rights were violated as stated below:

1. The City of Kankakee Police Department and the Kankakee County Sheriff Police Department used mace, nightsticks and taser guns, illegally in their attack on us.

2. Police officers from the City of Kankakee Police Department and the Kankakee Sheriff Police Department were involved in a conspiarcy with management of the Hilton Garden Inn to intimidate and harass me and those of us who were leaving the party, because we were young black males at a new and very nice hotel. The City of Kankakee Police Department and the Kankakee County Sheriff Police Department also conspired to cover-up their acts of racial profiling, police brutality and police misconduct.

3. The City of Kankakee Police Department and the Kankakee Sheriff Police

Department are guilty of police brutality and false arrest. I was

arrested for no reason and they used excessive force when they arrested me.

They shocked me several times with a taser gun. I was tackled and thrown

to the ground and my head was pushed into the pavement by police officers.

I was shocked even after I had handcuffs on.

4. The City of Kankakee Police Department and the Kankakee Sheriff Police

Department engaged in acts of police misconduct. My arrest was an

intentional false arrest. Additionally, my constitutional rights were

violated because I was not told that I was under arrest at any time. I was

not read my rights nor was I told that I could make a telephone call.

5. I experience tremendous pain and suffering and mental anguish as a

result of the illegal actions of the City of Kankakee Police Department

and the Kankakee County Sheriff Police Department. I suffer from severe

headaches, nightmares and sleep walking. I had bruises on my head, hands,

back and knees that left permanent scars. I have a condition known as a

regular, irregular heartbeat. Shocking me with a taser gun could have been

fatal!

6. My false arrest by the City of Kankakee Police Department and the

Kankakee County Sherrif Police Department resulted in defamation of

character. The police departments' fabricated account of my arrest was

on the front page of a local newspaper. I am and have always been a law-

abiding citizen.  I was an honor student in school and never caused

any problems.  As a high school student, I was an outstanding athlete

and leader.  Presently, I am a college student at Jackson State Univer-

sity in Jackson, MS.  My civil rights have been violated and I now have

a police record due to police conspirarcy, racial profiling, police

brutality, and police misconduct by the City of Kankakee Police

Department and the Kankakee County Sheriff Police Department.

7.  Prolonging the trial has resulted in academic and financial problems.

As a result of the trial date continuously being changed, I have had to

enroll in fewer classes, cancel summer classes and my grades have dropped.

Enrolling in fewer classes, means that I need to attend summer school to

keep up.  Attending summer school causes a financial burden for me.

9.  The management at the Hilton Garden Inn informed the Kankakee Police

Department that the party was misrepresented and held under false pretense.

The Hilton management conspired with the City of Kankakee Police

Department and the Kankakee County Sheriff Department in civil rights

violations of myself and others at the party.  This conspirarcy resulted

in racial profiling, police brutality and police misconduct.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Mental Anguish - $2,000,000

Pain and Suffering - $2,000,000

Defamation of Character - $2,000,000

JURY DEMAND          Yes   ☒                          No   ☐

Signed this __28th__ day of __June_____, 19 __2007__.

_____Frederick Green_____
( *Signature of Plaintiff*)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Frederick Alan Green | N/A |
| Address: | Telephone Number: |
| 825 Woodlea Rd. Kankakee, Ill. 60901 | (815) 937-0552 |

6

JS 44 (Rev. 11/04)

**CIVIL COVER SHEET**

07-2121

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Frederick A. Green

**DEFENDANTS**
City of Kankakee Police Department
Kankakee County Sheriff Police Department
Hilton Garden INN
City of Kankakee

**(b)** County of Residence of First Listed Plaintiff  Kankakee
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Kankakee
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | 26 USC 7609 | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☒ 440 Other Civil Rights | | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. 1983
Brief description of cause:
Civil Rights Violation: Police Brutality, Racial Profiling, Police Misconduct, Conspiracy

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
(See instructions):
JUDGE
DOCKET NUMBER

DATE
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE