E-FILED
Tuesday, 03 July, 2007 09:36:14 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| FREDERICK ALAN GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | )   07-2121 |
| v. | ) |
| | ) |
| CITY OF KANKAKEE POLICE DEPARTMENT, KANKAKEE COUNTY SHERIFF, HILTON GARDEN INN, and CITY OF KANKAKEE, | ) |
| | ) |
| Defendants. | ) |

ORDER

The plaintiff has filed a pro se complaint against the defendants pursuant to 42 U.S.C. § 1983. He seeks to proceed in forma pauperis.

To authorize a litigant to proceed in forma pauperis, the court must make two determinations. It must decide first whether the litigant is unable to pay the costs of commencing the action. 28 U.S.C. § 1915(a)(1). If so, it must then determine whether the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B).

One need not be completely destitute to proceed in forma pauperis under section 1915. An affidavit demonstrating that the petitioner cannot, because of his poverty, provide himself with the necessities of life is sufficient. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948); *Rewolinski v. Morgan*, 896 F. Supp. 879, 880 (E.D. Wis. 1995). The plaintiff is a student. He indicates that no other people are dependent upon him for support, and he currently has $1,400 in his checking account. This is four times the filing fee of $350. Consequently, he has not demonstrated that he is unable to pay the filing fee, and the court need not proceed to the second phase of the inquiry under 28 U.S.C. § 1915(e)(2)(B).

The motion to proceed in forma pauperis [1] is denied. In order to proceed on his complaint, the plaintiff must pay the filing fee of $350 within thirty days of the date of this order, or his complaint will be dismissed.

Entered this 3rd day of July, 2007.

s\Harold A. Baker
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE