E-FILED
Thursday, 12 July, 2007  03:23:54 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Frederick Alan Green             )
_____ )
              Plaintiff          )
                                  )
         vs.                      )  Case No. 07-2121
                                  )
City of Kankakee Police Dept.    )
Kankakee County Sheriff Police Dept)
Hilton Garden Inn                 )
City of Kankakee                  )
              Defendant(s)        )

FILED JUL 12 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

RECEIVED JUN 29 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## COMPLAINT

[X]   42 U.S.C. §1983 (suit against state officials for constitutional violations)

[ ]   28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

[ ]   Other _____

*Please note:* This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, __Frederick Alan Green__, and states as follows:

My current address is: __825 Woodlea Rd, Kankakee, IL 60901__

The defendant __City of Kankakee Police Dept.__, is employed as _____
at __385 East Oak St, Kankakee, IL 60901__

The defendant __Kankakee County Sheriff Police Dept.__, is employed as _____
at __400 E. Merchant St, Kankakee, IL 60901__

The defendant __Hilton Garden Inn__, is employed as _____
at __455 Riverstone Parkway, Kankakee, IL 60901__

The defendant __City of Kankakee__, is employed as _____
at __385 East Oak St, Kankakee, IL 60901__

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?  N/A

Yes ☐    No ☐

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:    N/A

   Plaintiff(s) _____

   Defendant(s) _____

   _____

2. Court (if federal court, give name of district; if state court, give name of county)

   _____N/A_____

2

3. Docket Number/Judge ___N/A___

4. Basic claim made ___N/A___

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) ___N/A___

6. Approximate date of filing of lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☐   No ☐   N/A

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☐   No ☐ N/A

If your answer is no, explain why not ___N/A___

C. Is the grievance process completed?   Yes ☐   No ☐   N/A

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

## STATEMENT OF CLAIM

Place of the occurrence   Hilton Garden Inn

Date of the occurrence   July 1, 2006

Witnesses to the occurrence   Charlie Ewing, Marchello Robinson, Jeron Hill, Nath Jordan, Sam Jordan, Stanley Stampley, Roy King, Jonathon Giles

State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

I, Frederick Alan Green, declare that on July 1, 2006 at approximately 1:55 A.M., I along with many other young people who were leaving a party at the Hilton Garden Inn was attacked by officers of the City of Kankakee Police Department and the Kankakee County Sheriff Police Department. I further declare that my Civil Rights were violated as stated below:

1. The City of Kankakee Police Department and the Kankakee County Sheriff Police Department used mace, nightsticks and taser guns, illegally in their attack on us.

2. Police officers from the City of Kankakee Police Department and the Kankakee Sheriff Police Department were involved in a conspirarcy with management of the Hilton Garden Inn to intimidate and harass me and those of us who were leaving the party, because we were young black males at a new and very nice hotel. The City of Kankakee Police Department and the Kankakee County Sheriff Police Department also conspired to cover-up their acts of racial profiling, police brutality and police misconduct.

3. The City of Kankakee Police Department and the Kankakee Sheriff Police

4

Department are guilty of police brutality and false arrest. I was arrested for no reason and they used excessive force when they arrested me. They shocked me several times with a taser gun. I was tackled and thrown to the ground and my head was pushed into the pavement by police officers. I was shocked even after I had handcuffs on.

4. The City of Kankakee Police Department and the Kankakee Sheriff Police Department engaged in acts of police misconduct. My arrest was an intentional false arrest. Additionally, my constitutional rights were violated because I was not told that I was under arrest at any time. I was not read my rights nor was I told that I could make a telephone call.

5. I experience tremendous pain and suffering and mental anguish as a result of the illegal actions of the City of Kankakee Police Department and the Kankakee County Sheriff Police Department. I suffer from severe headaches, nightmares and sleep walking. I had bruises on my head, hands, back and knees that left permanent scars. I have a condition known as a regular, irregular heartbeat. Shocking me with a taser gun could have been fatal!

6. My false arrest by the City of Kankakee Police Department and the Kankakee County Sherrif Police Department resulted in defamation of character. The police departments' fabricated account of my arrest was on the front page of a local newspaper. I am and have always been a law-

abiding citizen. I was an honor student in school and never caused any problems. As a high school student, I was an outstanding athlete and leader. Presently, I am a college student at Jackson State University in Jackson, MS. My civil rights have been violated and I now have a police record due to police conspirarcy, racial profiling, police brutality, and police misconduct by the City of Kankakee Police Department and the Kankakee County Sheriff Police Department.

7. Prolonging the trial has resulted in academic and financial problems. As a result of the trial date continuously being changed, I have had to enroll in fewer classes, cancel summer classes and my grades have dropped. Enrolling in fewer classes, means that I need to attend summer school to keep up. Attending summer school causes a financial burden for me.

9. The management at the Hilton Garden Inn informed the Kankakee Police Department that the party was misrepresented and held under false pretense. The Hilton management conspired with the City of Kankakee Police Department and the Kankakee County Sheriff Department in civil rights violations of myself and others at the party. This conspirarcy resulted in racial profiling, police brutality and police misconduct.

# RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Mental Anguish - $2,000,000

Pain and Suffering - $2,000,000

Defamation of Character - $2,000,000

**JURY DEMAND**       Yes [X]       No [ ]

Signed this 28th day of June, 19 2007.

_Frederick Green_
(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Frederick Alan Green | N/A |
| Address: | Telephone Number: |
| 825 Woodlea Rd. Kankakee, Ib 60901 | (815) 937-0552 |

07-2121

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Frederick A. Green

**DEFENDANTS**
City of Kankakee Police Department
Kankakee County Sheriff Police Department
Hilton Garden Inn
City of Kankakee

(b) County of Residence of First Listed Plaintiff: **Kankakee**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Kankakee**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [X] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

**PERSONAL INJURY**
- [ ] 362 Personal Injury - Med. Malpractice
- [ ] 365 Personal Injury - Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 444 Welfare
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [X] 440 Other Civil Rights

**PRISONER PETITIONS**
- [ ] 510 Motions to Vacate Sentence Habeas Corpus:
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt. Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): **42 U.S.C. 1983**
Brief description of cause: **Civil Rights Violation: Police Brutality, Racial Profiling, Police Misconduct, Conspiracy**

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE   DOCKET NUMBER

DATE   SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE