AO 440 (Rev. 8/01) Summons in a Civil Action

**E-FILED**
Thursday, 12 July, 2007 03:27:04 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT

Central _____   District of   Illinois _____

Frederick Alan Green

### SUMMONS IN A CIVIL ACTION

V.

Kankakee County Sheriff Police
Dept.

CASE NUMBER:   07-2121
~~06CM1077~~

TO: (Name and address of Defendant)

Kankakee County Sheriff Police Dept.
400 East Merchant Street
Kankakee, IL 60901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Frederick Alan Green
825 Woodlea Rd.
Kankakee, IL 60901

an answer to the complaint which is served on you with this summons, within ____20____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

July 12, 2007
DATE

s/S. Johnson
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____ District of  Illinois

Frederick A. Green

**SUMMONS IN A CIVIL ACTION**

V.

City of Kankakee Police Dept.

07-2121
CASE NUMBER: 06CM1079

TO: (Name and address of Defendant)

City of Kankakee Police Dept.
385 East Oak Street
Kankakee, IL 60901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Frederick Alan Green
825 Woodlea Rd.
Kankakee, IL 60901

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                    July 12, 2007
CLERK                                               DATE

s/S. Johnson
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_Central_ _____ District of _Illinois_ _____

Frederick Alan Green

**SUMMONS IN A CIVIL ACTION**

V.

City of Kankakee

07-2121

CASE NUMBER: 06CM1079

TO: (Name and address of Defendant)

City of Kankakee
385 East Oak Street
Kankakee, IL 60901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Frederick Alan Green
825 Woodlea Rd.
Kankakee, IL 60901

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

July 12, 2007
DATE

s/S. Johnson
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Central_ _____ District of _Illinois_____

Frederick Alan Green

**SUMMONS IN A CIVIL ACTION**

V.

Hilton Garden Inn

07-2121

CASE NUMBER: ~~06CH 1079~~

TO: (Name and address of Defendant)

Hilton Garden Inn
455 Riverstone Parkway
Kankakee, IL 60901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Frederick Alan Green
825 Woodlea Rd.
Kankakee, IL 60901

an answer to the complaint which is served on you with this summons, within ____20____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
_____
CLERK

July 12, 2007
_____
DATE

s/S. Johnson
_____
(BY) DEPUTY CLERK