AO 458 (Rev. 10/95)   Appearance

E-FILED
Friday, 21 September, 2007   01:47:22 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

DISTRICT OF

### APPEARANCE

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| Date | Signature |
| --- | --- |
|  | Print Name / Bar Number |
|  | Address |
|  | City / State / Zip Code |
|  | Phone Number / Fax Number |