```
              UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF ILLINOIS
                     URBANA DIVISION
```

FREDERICK GREEN,
                Plaintiffs,

                                  No. 07 cv 2121

v.                                Mag. Judge Bernthal

CITY OF KANKAKEE, HILTON GARDEN INN,
OFFICER RAY PASAL, OFFICER LOMBARDI, and
OFFICER PASSWATER,
                Defendants.

**NOTICE OF FILING**

**Please take notice that on September 21, 2007 I filed with the Clerk of the Court of the United States District Court for the Central District of Illinois my appearance on behalf of the Plaintiff, Frederick Green.**

                                  **Respectfully submitted,**

                                  /S/   James R. Rowe
                                  James R. Rowe
                                  The Law Firm of Rowe & Associates
                                  205 W. Randolph, Suite 1430
                                  Chicago, Illinois 60606
                                  312.345.1357tel
                                  312.896.0212fax
                                  rowelegal@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Scott Bryan Dolezal
Laura Lee Scarry
Deano & Scarry
2100 Manchester Road
Wheaton, IL 60187

Richard Chapin
Hinshaw & Culbertson
1802 Fox Dr.
Champaign, IL 61820

Michael D. Bersani
Michael W. Condon
T. Nicholas Goanos
Zrinka Rukavina
Hervas, Condon & Bersani
333 Pierce Rd., Suite 195
Itasca, IL 60143

/S/   James R. Rowe
James R. Rowe
The Law Firm of Rowe & Associates
205 W. Randolph, Suite 1430
Chicago, Illinois 60606
312.345.1357tel
312.896.0212fax
rowelegal@gmail.com
ARDC#6277920