**E-FILED**
Sunday, 20 January, 2008  07:29:23 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| FREDERICK GREEN, | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 cv 2121 |
| v. | ) | |
| | ) | |
| CITY OF KANKAKEE POLICE DEPARTMENT, | ) | |
| CITY OF KANKAKEE, HILTON GARDEN INN, | ) | |
| and KANKAKEE COUNTY SHERIFF POLICE | ) | |
| DEPARTMENT | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS HIS**
**COMPLAINT PURSUANT TO FED. R. CIV. P. 41(a)(2)**

NOW COMES Plaintiff, Frederick Green , by and through his attorney, The Law Firm of

Rowe & Associates, and in support of his Motion to Voluntarily Dismiss His Complaint

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, states as follows:

1. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, an action may be

dismissed upon order of the court and upon such terms and conditions as the court deems

proper.

2. Plaintiff seeks dismissal of his claims in the instant action, without prejudice, as to

all Defendants, as Plaintiff's claims have been consolidated into Case No. 07 CV 2123,

*Frederick Green and Maurice Terrell v. City of Kankakee, et.al.,*.

3. This Motion is in no way meant to dismiss any of Plaintiff Frederick Green's causes of

action plead in Case No. 07 CV 2123, *Frederick Green and Maurice Terrell v. City of*

*Kankakee, et.al.,* and is limited solely to the instant action.

4. In the instant action, Defendants have plead no counterclaim and have filed no Motion

For Summary Judgment.

5. This Motion is not made to delay the proceedings or prejudice the parties thereby.

**WHEREFORE,** Plaintiff prays that this Court grant his Motion to voluntarily dismiss his Complaint in the instant action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), and for such other relief as this Court deems appropriate.

Respectfully submitted,
/s/ James R. Rowe
Attorney for Plaintiff

James R. Rowe
The Law Firm of Rowe & Associates
205 West Randolph, Suite 1430
Chicago, Illinois 60606
(312) 345-1357t
(312) 896-0212f
ARDC# 6279720