**E-FILED**
Sunday, 20 January, 2008  07:33:14 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| FREDERICK GREEN, )<br>        Plaintiff, )<br> )<br>v. )<br> )<br>CITY OF KANKAKEE POLICE DEPARTMENT, )<br>CITY OF KANKAKEE, HILTON GARDEN INN, )<br>and KANKAKEE COUNTY SHERIFF POLICE )<br>DEPARTMENT )<br>        Defendants. ) | No. 07 cv 2121 |

**NOTICE OF MOTION**

Please take notice that on February 13, 2008 at 9: 45a.m. I shall appear before the Honorable Judge Presiding over the instant matter, and then and there present the attached *Plaintiffs' Motion to Voluntarily Dismiss His Complaint Pursuant to Fed. R. Civ. P. 41(a)(2)*.

                        Respectfully submitted,

                        /S/   James R. Rowe
                        James R. Rowe
                        The Law Firm of Rowe & Associates
                        205 W. Randolph, Suite 1430
                        Chicago, Illinois 60606
                        312.345.1357tel
                        312.896.0212fax
                        rowelegal@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Scott Bryan Dolezal
Laura Lee Scarry
Deano & Scarry
2100 Manchester Road
Wheaton, IL 60187

Richard Chapin
Hinshaw & Culbertson
1802 Fox Dr.
Champaign, IL 61820

Michael D. Bersani
Michael W. Condon
T. Nicholas Goanos
Zrinka Rukavina
Hervas, Condon & Bersani
333 Pierce Rd., Suite 195
Itasca, IL 60143

/S/   James R. Rowe
James R. Rowe
The Law Firm of Rowe & Associates
205 W. Randolph, Suite 1430
Chicago, Illinois 60606
312.345.1357tel
312.896.0212fax
rowelegal@gmail.com
ARDC#6277920